# Bynum *v.* The State.

*Failure to Work the Road.*

(Decided Feb. 8, 1912.   57 South. 1024.)

*Highway; Failure to Work; Indictment.*—An indictment charging that defendant was liable to do road duty, but that he wilfully failed or refused, after legal notice, to work the public road, either in person or by substitute without sufficient excuse, etc., was sufficient, and not rendered defective by a failure to charge the particular road that the defendant failed to work.

APPEAL from Madison Law and Equity Court.

Heard before Hon. JAMES H. BALLENTINE.

Will Bynum was convicted of failure to work the road and he appeals. Affirmed.

DOUGLASS TAYLOR, for appellant. No brief came to the Reporter.

R. C. BRICKELL, Attorney General, and W. L. MARTIN, Assistant Attorney General, for the State. The indictment was sufficient.—*Brown v. The State,* 63 Ala. 97.

WALKER, P. J.—The indictment in this case charged that the defendant, "a person liable to road duty, willfully failed or refused, after legal notice, to work the public road, either in person or by substitute, without a sufficient excuse therefor, against the peace," etc. The allegation of the commission of the offense substantially followed the terms of the statute creating it. The indictment sufficiently designated the offense, without specifying what road the defendant failed to work.—*Brown v. State,* 63 Ala. 97. The demurrer to it was properly overruled.

The record presents no other question for review. Affirmed.